IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Bart Arek Schnell (xxx-xx-2968), | * | Case No.:  14-41478 |
| 13516 Stanmere Drive, Frisco, TX 75035, | * | |
| and Stephanie Marie Schnell (xxx-xx-6465), | * | |
| 13516 Stanmere Drive, Frisco, TX 75035 | * | Chapter 7 |
| | * | |
| | * | |
| *Debtors* | * | |
| | * | |
| Future World Electronics, LLC | * | Adversary No.: 14-4081 |
| | * | |
| *Plaintiff* | * | |
| | * | |
| v. | * | |
| | * | |
| Bart Arek Schnell | | |
| | | |
| *Defendant* | | |

# DECLARATION OF CHARLES R. PENOT, JR.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Bart Arek Schnell (xxx-xx-2968), | * | Case No.: 14-41478 |
| 13516 Stanmere Drive, Frisco, TX 75035, | * | |
| and Stephanie Marie Schnell (xxx-xx-6465), | * | |
| 13516 Stanmere Drive, Frisco, TX 75035 | * | Chapter 7 |
| | * | |
| | * | |
| *Debtors* | * | |
| | * | |
| Future World Electronics, LLC | * | Adversary No.: 14-4081 |
| | * | |
| *Plaintiff* | * | |
| | * | |
| v. | * | |
| | * | |
| Bart Arek Schnell | | |
| | | |
| *Defendant* | | |

## DECLARATION OF CHARLES R. PENOT, JR.

Pursuant to 28 U.S.C. § 1746, I, Charles R. Penot, Jr., hereby declare as follows:

1. My name is Charles R. Penot, Jr. I am an attorney with The Law Offices of Charles Penot, a PLLC, and I am counsel for plaintiff Future World Electronics, LLC ("Future World"), plaintiff in the adversary proceeding captioned on this Declaration above. I also served as local counsel for Future World in the case of *Future World Electronics, LLC v. Over Drive Marketing, LLC and Bart Schnell,* Civil Action No. 3:12-CV-2124-B, which prior to conclusion by judgment was pending on the Docket of the United States District Court for the Northern District of Texas, Dallas Division. The facts stated in this Declaration are within my personal knowledge, and are true and correct.

Case 14-04081   Doc 14-1   Filed 05/07/15   Entered 05/07/15 16:30:53   Desc
Affidavit Declaration of Charles Penot    Page 3 of 3

2. I am of sound mind, over the age of 21, capable of making this Declaration, and I am competent to testify as to the facts and matters stated in this Declaration based on my own personal knowledge.

3. Exhibits A-1, A-2, and A-3, are true and correct copies of the original documents that they purport to be, namely, Record Document Numbers 59 (Final Judgment), 60 (Order for Entry of Default Judgment, Default Judgment, and Final Judgment Against Bart Schnell), and 53 (Memorandum Opinion and Order), respectively, filed and entered on the docket in the case of *Future World Electronics, LLC v. Over Drive Marketing, LLC and Bart Schnell*, Civil Action No. 3:12-CV-2124-B, which prior to conclusion by judgment was pending on the Docket of the United States District Court for the Northern District of Texas, Dallas Division.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of May, 2015.

Charles R. Penot, Jr.