**EOD**

07/27/2015

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **BART AREK SCHNELL** | § | |
| xxx-xx-2968 | § | Case No. 14-41478 |
| **and STEPHANIE MARIE SCHNELL** | § | |
| xxx-xx-6365 | § | |
| | § | |
| Debtors | § | Chapter 7 |

| | | |
|---|---|---|
| FUTURE WORLD | § | |
| ELECTRONICS, LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 14-4081 |
| | § | |
| BART AREK SCHNELL | § | |
| | § | |
| Defendant | § | |

## <u>JUDGMENT</u>

This action, having been considered by the Court, and a decision having been duly

rendered that summary judgment should be entered for the Plaintiff pursuant to Fed. R.

Civ. P. 56, which is incorporated into adversary proceedings in bankruptcy cases by Fed.

R. Bankr. P. 7056,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the debt

in the original amount of $153,480.60, plus post-judgment interest and court costs, owed

by the Defendant, Bart Arek Schnell, to the Plaintiff, Future World Electronics, LLC,

arising from the entry of that certain Final Judgment on December 9, 2013 by the United

States District Court for the Northern District of Texas in cause no. 3:12-cv-2124, and

styled *Future World Electronics, LLC v. Over Drive Marketing, LLC and Bart Schnell,* is

hereby determined to be non-dischargeable pursuant to 11 U.S.C. §523(a)(6).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, pursuant to

28 U.S.C. §1920, court costs in the amount of $350.00 incurred in this adversary

proceeding are assessed against the Defendant, Bart Arek Schnell, in favor of the

Plaintiff, Future World Electronics, LLC.

Signed on 07/27/2015

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE